**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER REINSTATING APPEAL

Appellate case name:        Ex parte Christian Charles Lee

Appellate case number:    01-18-00969-CR

Trial court case number:  2215871

Trial court:                      County Criminal Court at Law No. 8 of Harris County

This appeal was abated for a supplemental clerk's record containing the trial court's signed judgment denying appellant's pre-trial application for writ of habeas corpus. A supplemental clerk's record has been filed containing the signed judgment. Accordingly, we lift the abatement ordered by this Court and reinstate the appeal on the Court's active docket. The case will be considered by a panel consisting of Justices Lloyd, Goodman, and Hightower.

It is so ORDERED.

Judge's signature:  _____/s/ Gordon Goodman_____
                              Acting individually

Date:  __November 24, 2020_____